# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1448
_____

MARY ELIZABETH EHLEN, R.N.,

Petitioner,

v.

STATE OF FLORIDA, DEPARTMENT
OF HEALTH,

Respondent.

_____

Petition for Review of Non-Final Agency Action.

October 24, 2018

PER CURIAM.

DENIED.

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ronald W. Chapman and Lauren Ashley Leikam of Chapman Law Group, Sarasota, for Petitioner.

Christine E. Lamia, Chief Appellate Counsel, Florida Department of Health, Tallahassee, for Respondent.